EXHIBIT 1

## **AFFIDAVIT**

STATE OF ILLINOIS      )
                       )
COUNTY OF ROCK ISLAND  )

I, Daniel R. Spicer, Jr., being first duly sworn on oath, declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) since April 2021. I am charged with enforcing federal laws in all jurisdictions of the United States. I am currently assigned to the Cyber Task Force of the Omaha Field Office, Quad Cities Resident Agency. During my career as a Special Agent, I have investigated several criminal violations and have received additional training in the investigation of computer and financial related crimes. I currently investigate cyber matters, which include computer-enabled criminal violations relating to computer-enabled fraud designed to induce victims to wire money to criminally controlled bank accounts. As a result of my training and experience, I am familiar with information technology and its use in criminal activities.

2. This affidavit is presented in support of verified complaint for forfeiture in rem and the entry of a warrant of arrest in rem as to the Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Bettendorf, IA, Account XXXXXXXXX3256 in the name of

1

Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show only that there is probable cause for the complaint and for the warrant of arrest in rem and does not set forth all of my knowledge about this matter.

4. There is probable cause to believe that the funds in the amount of Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Bettendorf, IA, Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023, are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) (Forfeiture of Proceeds) as property which constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 1343 (wire fraud).

5. Specifically, there is probable cause to believe that the Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents Bettendorf, IA, Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA seized on or about May 26, 2023, are proceeds of a Business Email Compromise ("BEC") fraud scheme perpetrated against Nordex, USA, Inc. located in West Branch, Iowa. These

violations of the wire fraud statute constitute "specified unlawful activity" pursuant to 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).

6. There is also cause to believe that the $372,583.77 in United States Currency seized from Wells Fargo Bank, N.A., is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because the $372,583.77 seized was property involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and 1957 (money laundering).

7. To the extent that the $ 372,583.77 in United States Currency seized from Wells Fargo Bank, N.A., are not the actual monies traceable to or involved in the illegal activities identified herein, the government alleges that these funds are identical property found in the same account as the property traceable to or involved in the illegal activities, rendering these funds subject to forfeiture pursuant to 18 U.S.C. § 984 (Forfeiture of Fungible Property).

## **WIRE FRAUD GIVING RISE TO FORFEITURE**

8. Nordex USA, Inc. ("Nordex") is a wind turbine manufacturer in West Branch, Cedar County, Iowa, in the Northern District of Iowa. On or before June 13, 2022, Mountain Crane (a vendor of Nordex) suffered a computer intrusion. As a result of the intrusion, unknown subject(s) obtained access to the compromised mail account(s). On June 13, 2022, the unknown subject(s), posing as CFO for Mountain Crane, sent a fraudulent email to Nordex requesting Nordex process payment with updated banking information. The fraudulent invoice attached to the fraudulent

3

e-mail showed an outstanding amount of $1,775,589.16 and the attached updated banking information showed "ACH/WIRE PAYMENT INSTRUCTIONS" to Wells Fargo Bank in Roswell, GA 30076 with an account number ending in xxx2439, in the name of the vendor. The instructions also bore the signature of the purported CFO of Mountain Crane.

## Proceeds from the Specified Unlawful Activity

9. On or about June 29, 2022; July 6, 2022; and July 13, 2022, wire transfers in the amounts of $274,623.75, $417,212.00, and $115,115.38 were sent from Nordex's bank account to an account ending in xxx2439 at Wells Fargo Bank in the name of ABBEY GLOBAL RESOURCES LLC.

10. Investigation determined that Nordex had never done business with ABBEY GLOBAL RESOURCES LLC, nor did it intend on sending money to ABBEY GLOBAL RESOURCES LLC.

11. Investigation further determined that numerous checks were drawn on the ABBEY GLOBAL RESOURCES LLC Wells Fargo Bank account ending in xxx2439. Five (5) checks were made out to "MANUEL HAZIM" in the amounts of $100,000.00; $95,000.00; $55,000.00; $95,000.00; and $49,863.00 (a total of $394,863.00). These checks were deposited by "IBRAHIM MANUEL HAZIM (DOB REDACTED) on July 6, 7, 8, 11, and 15, 2022, respectively, into the Wells Fargo Bank account ending xxx8823. Investigation determined that in July 2022, over $1 million was deposited into, and transferred from account xxx8823 to Account XXXXXXXXX3256 at Wells Fargo Bank, N.A., where the money subject to forfeiture

4

was then seized. Investigation determined that these checks were deposited into the Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA.[1]

12. Additional investigation determined Nordex's bank is HSBC located in New York. The accounts payable employee that received the fraudulent email from the fake vendor CFO worked in Nordex's West Branch, Iowa location, which is located in the Northern District of Iowa. The accounting team that approved the wires and sent instructions to the bank to initiate the wire transfers is located in the West Branch, Iowa location. Therefore, the fraud occurred, at least in part, in the Northern District of Iowa.

13. On June 13, 2022, Nordex received fraudulent payment instructions from joshc@mountainecrane.com which were sent to its inbox. The instructions were forwarded to a Nordex employee to update the information in their internal systems with instructions to call the supplier to verify the new payment instructions.

14. On June 21, 2022, Nordex received fraudulent payment instructions in the same manner. The instructions were again forwarded to the Nordex employee mentioned above.

---

[1] 18 U.S.C. § 984 permits the seizure of property from a bank account without tracing the specific transaction to the bank account if the seizure was commenced within one year of the transaction giving rise to forfeiture, which was done in this instance.

5

15. This employee in Nordex's accounts payable changed the banking information on June 27, 2022. There is no documentation in Nordex's systems of the account change in their supplier account changes log. Additionally, the new instructions were not saved in the vendor set-up documentation folder (where they should have been per Nordex standard operating procedures).

16. On or about June 29, 2022; July 6, 2022; and July 13, 2022, wire transfers in the amounts of $274,623.75, $417,212.00, and $115,115.38 were sent from Nordex's bank account to account ending in xxx2439 at Wells Fargo Bank in the name of ABBEY GLOBAL RESOURCES LLC.

17. On July 21, 2022, Mountain Crane notified Nordex that payments had been sent to the wrong account and that Mountain Crane was aware a fraudulent email address had contacted other customers with fraudulent payment instructions.

18. On July 28, 2022, Global Cyber Security, Nordex USA, Inc. contacted the FBI to report the business email compromise to the FBI.

## Violations of Sections 1956 and 1957

19. Based upon the investigation, the FBI determined that $394,863.00 was transferred to the Wells Fargo Bank account xxx8823 in the name of MANUEL HAZIM from the ABBEY GLOBAL RESOURCES LLC account ending in xxx2439 at Wells Fargo Bank in the name of ABBEY GLOBAL RESOURCES LLC. via checks made out to "MANUEL HAZIM" on the following dates:

6

a. July 6, 2022 → $100,000.00 Edeposit IN Branch/Store 07/06/22 10:49:25 a.m., 2520 Dallas Hwy SW, Marietta, GA
b. July 7, 2022 → $95,000.00 Edeposit IN Branch/Store 07/07/22 12:01:05 p.m., 2520 Dallas Hwy SW, Marietta, GA
c. July 8, 2022 → $55,000.00 Edeposit IN Branch/Store 07/08/22 10:39:55 a.m., 2520 Dallas Hwy SW, Marietta, GA
d. July 11, 2022 → $95,000 Edeposit IN Branch/Store 07/11/22 12:32:23 p.m., 1547 Powers Ferry Rd, Marietta, GA
e. July 15, 2022 → $49,863.00 Edeposit IN Branch/Store 07/15/2022 11:05:54 a.m., 2520 Dallas Hwy SW, Marietta, GA

20. In July 2022, $1,516,659.51 was deposited into xxx8823, and $1,499,447.04 was coextensively transferred to the Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA

f. July 7, 2022 → $350,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
g. July 8, 2022 → $95,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
h. July 8, 2022 → $260,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
i. July 9, 2022 → $55,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
j. July 12, 2022 → $120,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
k. July 13, 2022 → $14,440.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
l. July 16, 2022 → $295,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
m. July 20, 2022 → $300,000.00 Online Transfer From Hazim I Checking xxxxxxxxx8823
n. July 23, 2022 → $10,007.04 Online Transfer From Hazim I Checking xxxxxxxxx8823.

21. After the $394,863.00 was transferred, as a part of the $1,516,659.51 that was transferred from the Wells Fargo account # xxx8823 in July, 2022, there was not $394,863.00 remaining in the Wells Fargo account # xxx8823 to execute for

7

purposes of seizure. Because more than that amount, $394,863.00, was then transferred to the Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA, the money was seized from that account, account XXXXXXXXX325 at wells Fargo.

22. Thus, the proceeds of the wire fraud in the amount of $394,863.00 went from the account in the name of ABBEY GLOBAL RESOURCES LLC and then transferred to the Wells Fargo Bank account xxx8823 in the name of MANUEL HAZIM. MANUEL HAZIM then transferred more than $394,863.00 to the Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA. The United States sought a seizure warrant in the amount of up to $394,863.00 as the proceeds of the wire fraud that had been transferred from ABBEY to MANUEL HAZIM and then to Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA. The amount remaining in this account at the time of the execution of the seizure warrant was $372,583.77, and thus, the amount the United States seeks to forfeit in this action.

## Claim of Daniel Hazim POA

23. A claim for the seized $372,583.77 was filed with the FBI in the name of Daniel Hazim POA through their counsel. The claim states that Mr. Daniel Hazim's brother, Manuel A. Hazim, and Mr. Daniel Hazim's nephew, Ibrahim M.

8

Hazim, are the lawful owners of the $372,583.77 sought for forfeiture here. Daniel Hazim claims to hold a general power of attorney for Manuel A. Hazim and Ibrahim M. Hazim as to their personal, business, legal and financial affairs. The claim further states that they have not participated in any criminal enterprise or activity and specifically have not participated in any criminal enterprise or activity related to the $372,583.77 sought for forfeiture here.

24. The claim filed with the FBI further indicates, for their business outside the United States, they have lawfully converted Nigerian Naira to U.S. dollars and have lawfully transferred money from Nigeria to the United States for some time as they did in this instance as to the $372,583.77 sought for forfeiture here. Daniel Hazim POA, as part of the claim filed with the FBI, stated they have "no knowledge of there being any criminal enterprise or activity related to their conversion and transfers of funds into their accounts in the United States."

25. The claimant does not indicate the basis for the money that was transferred from Abbey Global Resources LLC to Manuel Hazim and then to the account where the money was seized. There is no mention of any dealings with Abbey Global Resources, LLC or why Manuel Hazim accepted the fraud money into his account. In addition, the claim contained no additional financial information or documentation regarding the transaction giving rise to the forfeiture of the proceeds of the wire fraud.

## CONCLUSION

26. The Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Bettendorf, IA, Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds of wire fraud. Wire fraud is a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), subjecting the proceeds of the fraud to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

27. Further, the Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(a) as property involved in money laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i) when the $372,583.77 was involved in conducting or attempting to conduct financial transactions with the proceeds of wire fraud, a specified unlawful activity, with the intent to promote the wire fraud. The $372,583.77 was also involved in a violation of 18 U.S.C. § 1956(a)(1)(B)(i) when the financial transactions were designed in whole or in part to conceal or disguise the

nature, the location, the sources, the ownership, or the control of the proceeds of the wire fraud.

28. Further, the Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(a) as property involved in money laundering in violation of 18 U.S.C. § 1957(a) as a monetary transaction (the $372,583.77 in fraud proceeds transferred to the Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA in criminally derived property (wire fraud) of a value greater than $10,000 that is derived from a specified unlawful activity (wire fraud).

29. Based on the foregoing, there is probable cause to believe that the Three Hundred Seventy-Two Thousand, Five Hundred Eighty-Three Dollars, and Seventy-Seven Cents ($372,583.77) in United States Currency seized from Wells Fargo Bank, N.A., Account XXXXXXXXX3256 in the name of Manuel A. Hazim, or Ibrahim M. Hazim, or Daniel A. Hazim POA Samia Hazim POA on or about May 26, 2023, constitute or were derived from proceeds traceable to violations of Title 18, United States Code, Sections 1343 (wire fraud), 1956 (money laundering) and 1957 (money laundering).

Executed this 13th day of November, 2023.

                                      Daniel R. Spicer, Jr.
                                      Special Agent
                                      Federal Bureau of Investigation (FBI)

Subscribed and sworn to before me on this 13th day of November, 2023, by FBI Special Agent, Daniel R. Spicer, Jr.

                                      Notary Public
                                      In and for the State of Illinois

My Commission Expires:

                              OFFICIAL SEAL
                            MICHELLE R. KRUEGER
                      NOTARY PUBLIC - STATE OF ILLINOIS
                    MY COMMISSION EXPIRES 07-27-2027